IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 24.47.67.153

**ISP:** Optimum Online
**Physical Location:** Yonkers, NY

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 05/24/2018 12:07:20 | 0294BB72CCDC51CD5DCE35057907DAA15DA461A6 | Supermodel Sex |
| 05/24/2018 11:46:22 | A4F4A91195C567E4651AC7C2FB6468D7B80DBE24 | Stairway to Heaven |
| 05/24/2018 01:16:37 | 3311AEAD7B82A383B1C9A5898A94EA1D96CBF745 | Hot Coffee |
| 05/23/2018 14:40:00 | 4C46F34F2008E346FCD584E5844F79213DEC44F5 | Everybody Plays Three Ways |
| 01/13/2018 14:13:04 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 01/13/2018 14:08:01 | B0BDE8708FC36E831E1D82EE32A0D92D8C45BC23 | Your Luckiest Night |
| 09/22/2017 14:49:01 | 673AA4B478E333C74CF467AD24467FFB206B7019 | Emerald Love |
| 07/26/2017 01:52:28 | CB7FAA1587676879B1D1984E215A729610CDE6D4 | Tight Pink and Gold |

**Total Statutory Claims Against Defendant: 8**

EXHIBIT A

SNY460